**2003–1109. Cincinnati Bar Assn. v. Statzer.**
Reported at 101 Ohio St.3d 14, 2003-Ohio-6649, 800 N.E.2d 1117. On motion for reconsideration. Motion denied.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

LUNDBERG STRATTON, J., dissents, would grant the motion, and would order the Cincinnati Bar Association to break out costs.

**2003–1299. State ex rel. Savage v. Caltrider.**
Franklin App. No. 02AP–453. Reported at 100 Ohio St.3d 363, 2003-Ohio-6806, 800 N.E.2d 358. On motion for reconsideration. Motion denied.

**2003–1478. State ex rel. Norris v. Giavasis.**
Stark App. No. 2003CA00268. Reported at 100 Ohio St.3d 371, 2003-Ohio-6609, 800 N.E.2d 365. On motion for reconsideration. Motion denied.

**2003–1497. Daugherty v. Safeco Ins. Co. of Illinois.**
Ottawa App. No. OT–02–015, 2003-Ohio-3685 and 2003-Ohio-3984. Reported at 100 Ohio St.3d 320, 2003-Ohio-6217, 799 N.E.2d 160. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–1589. Douglass v. Salem Community Hosp.**
Columbiana App. No. 2002CO07, 153 Ohio App.3d 350, 2003-Ohio-4006. Reported at 100 Ohio St.3d 1530, 2003-Ohio-6458, 800 N.E.2d 47. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2003–1663. N. Shore Auto. Financing, Inc. v. Block.**
Cuyahoga App. No. 82226, 2003-Ohio-3964. Reported at 100 Ohio St.3d 1531, 2003-Ohio-6458, 800 N.E.2d 47. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**2003–1717. State v. Class.**
Tuscarawas App. No. 03AP020015, 2003-Ohio-4536. Reported at 100 Ohio St.3d 1544, 2003-Ohio-6879, 800 N.E.2d 750. On motion for reconsideration. Motion denied.

**2003–1754. McQuaide v. Hamilton Cty. Bd. of Commrs.**
Hamilton App. No. C–030033, 2003-Ohio-4420. Reported at 100 Ohio St.3d 1532, 2003-Ohio-6458, 800 N.E.2d 48. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–1760. Huber Hts. ex rel. Slanker v. Huber Hts.**
Montgomery App. No. 19767, 2003-Ohio-4427. Reported at 100 Ohio St.3d 1545, 2003-Ohio-6879, 800 N.E.2d 751. On motion for reconsideration. Motion denied.

**2003–1782. State v. Nipper.**
Butler App. No. CA2002–06–135, 2003-Ohio-4449. Reported at 100 Ohio St.3d 1545, 2003-Ohio-6879, 800 N.E.2d 751. On motion for reconsideration. Motion granted; discretionary appeal accepted; cause held for the decisions in 2003–1048 and 2003–1049, *State v. White,* Guernsey App. No. 02CA23, 2003-Ohio-2289; and 2003–0033, *State v. Colbert,* Cuyahoga App. No. 80361, 2002-Ohio-6315; and briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–1812. Cherry v. Rumbaugh.**
Columbiana App. No. 2002CO69, 2003-Ohio-4879. Reported at 100 Ohio St.3d 1546, 2003-Ohio-6879, 800 N.E.2d 751. On motion for reconsideration. Motion denied.